UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILLIAM D. MORRIS,**

    **Plaintiff,**

    v.

    Civil Action 2:10-cv-262
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge E.A. Preston Deavers

**C. JAMES McCALLAR, JR., et al.,**

    **Defendants.**

## ORDER

On November 16, 2011, the Court ordered the parties to show cause why this action should not be transferred to the United States District Court for the Southern District of Georgia Savannah Division pursuant to 28 U.S.C. § 1404(a). (ECF No. 55.) Plaintiff Morris and the remaining Defendants, Defendants C. James McCallar, Jr., The McCallar Law Firm, and C. James McCallar, Jr. & William D. Morris: A Georgia General Partnership (the "McCallar Defendants") have responded to the order. Plaintiff objects to transfer, asserting that this case involves several non-party witnesses who reside in Ohio. The McCallar Defendants do not object. Rather, the McCallar Defendants agree that transfer is appropriate "[s]ince only Georgia residents remain in the case, all issues of liability or not will depend on Georgia law, and the key and substantial witnesses and property are located cumulatively in the Southern District of Georgia." (Defs.' Response 2, ECF No. 57.) The Court finds Plaintiff's objections unpersuasive. For the reasons set forth in the Court's November 16, 2011 Show Cause Order, the Court finds it in the interests of justice to transfer this action. Accordingly, it **ORDERED** that this action be

**TRANSFERRED** to the United States District Court for the Southern District of Georgia Savannah Division. The Clerk is **DIRECTED** to transfer the file to the United States District Court for the Southern District of Georgia Savannah Division.

**IT IS SO ORDERED.**

\_\_\_12-6-2011\_\_\_  
**DATE**

**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**