FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 AUG 15  AM 11:02

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM D. MORRIS,           )<br>                              )<br>    Plaintiff,                )<br>                              )<br>v.                            )<br>                              )<br>C. JAMES McCALLAR, JR.,       )<br>                              )<br>    Defendant.                )  | Case No. CV411-309 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 15 day of August, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA